MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5589
    Facsimile:  (408) 535-5066
    Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA GUADALUPE MARTINEZ-ALCALA,<br><br>    Defendant. | No. CR 10-00828 DLJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING DATE |

## **STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Maria Guadalupe Martinez-Alcala, by and through Assistant Federal Public Defender Cynthia Lie, hereby stipulate that the sentencing hearing currently set for Thursday, April 25, 2013, at 10:00 a.m., may be continued to Thursday, May 16, 2013, at 10:00 a.m.  The continuance is requested to facilitate completion of the presentence investigation.

//

The United States Probation Office has been consulted as to the proposed continuance and has no objection.

Dated: March 27, 2013                    _____/s/_____
                                         MEREDITH J. EDWARDS
                                         Special Assistant United States Attorney


Dated: March 27, 2013                    _____/s/_____
                                         CYNTHIA LIE
                                         Assistant Federal Public Defender

//
//

**[PROPOSED] ORDER**

     Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Thursday, April 25, 2013, at 10:00 a.m., shall be continued to Thursday, May 16, 2013, at 10:00 a.m.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge