MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5589
   Facsimile:  (408) 535-5066
   Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br>   v. <br><br> MARIA GUADALUPE MARTINEZ-ALCALA, <br><br>   Defendant. | No. CR 10-00828 DLJ <br><br> STIPULATION AND **[PROPOSED]** ORDER RESCHEDULING HEARING DATE |

## STIPULATION

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Maria Guadalupe Martinez-Alcala, by and through Assistant Federal Public Defender Cynthia Lie, hereby stipulate that, with the Court's approval, the sentencing hearing currently set for Thursday, May 16, 2013, at 10:00 a.m., be vacated and rescheduled for Thursday, June 6, 2013, at 10:00 a.m.

//

1

The continuance is requested on behalf of government counsel, who will be in trial on May 16, 2013, and therefore unavailable for the sentencing hearing.

The United States Probation Office has been consulted as to the proposed continuance and has no objection.

Dated: May 13, 2013

/s/
MEREDITH J. EDWARDS
Special Assistant United States Attorney

Dated: May 13, 2013

/s/
CYNTHIA LIE
Assistant Federal Public Defender

//
//
//

|   |   |
|---|---|
| 1 | <div align="center">**[PROPOSED] ORDER**</div> |
| 2 | Good cause appearing and by stipulation of the parties, it is hereby ordered that the |
| 3 | sentencing hearing currently set for Thursday, May 16, 2013, at 10:00 a.m., shall be continued to |
| 4 | Thursday, June 6, 2013, at 10:00 a.m. |
| 5 |  |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: Í Ð Í ÐH |
| 9 | THE HONORABLE D. LOWELL JENSEN<br>United States District Judge |